IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ELAINE A. HRUBY, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3204 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| ALBERTSON'S, INC., a Delaware corporation, | ) ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1)  The defendant's unopposed motion to file a third party complaint, (filing no. 15), is granted.

2)  The defendant's third party complaint, a copy of which is attached to the defendant's motion, shall be filed on or before February 15, 2010.

DATED this 8th day of February, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge