IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ELAINE A. HRUBY, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3204 |
| | ) | |
| v. | ) | |
| | ) | |
| ALBERTSON'S, INC., a Delaware | ) | ORDER ON ORAL MOTION TO |
| corporation, | ) | CONTINUE DEADLINE |
| | ) | |
| Defendant. | ) | |
| | ) | |

By Text Order of January 12, 2011, docket entry 54, Magistrate Judge Cheryl R. Zwart cancelled the pretrial conference and trial because her Text Order states "Plaintiff's counsel has advised the court that this case has been settled. . . . Dismissal documents will be filed within three weeks." On February 11, 2011, plaintiff's counsel requested a 30- day continuance in the deadline to file dismissal documents.

IT IS THEREFORE ORDERED that the oral motion to continue the deadline to file dismissal document is granted and the parties to this action shall on or before March 14, 2011, file dismissal documents or this case will be scheduled for trial.

Dated February 14, 2011.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge