# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ELAINE A. HRUBY, | ) | CASE NO. 4:09-cv-3204 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ALBERTSON'S, INC., a Delaware corporation, | ) ) | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| | ) | |
| Defendant/Third Party Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| BRADLEY OPERATING LIMITED PARTNERSHIP, and HERITAGE PROPERTY INVESTMENT TRUST INC., | ) ) ) | |
| | ) | |
| Third Party Defendants. | ) | |

This matter came on for consideration upon the Joint Stipulation of the parties Plaintiff Elaine A. Hruby, Defendant Albertson's, Inc., and Third Party Defendants Bradley Operating Limited Partnership and Heritage Property Investment Trust Inc., by and through their respective counsel. Based upon the Joint Stipulation, the Court finds that the parties have entered into a compromised settlement; that Plaintiff has agreed to dismiss with prejudice her Complaint against Albertson's, Inc. and that Defendant Albertson's, Inc. has agreed to dismiss with prejudice its Third Party Compliant against each of the Third Party Defendants Bradley Operating Limited Partnership and Heritage Property Investment Trust Inc. The Court finds that an Order should be issued. It is therefore,

ORDERED, ADJUDGED AND DECREED that (1) the Complaint of the Plaintiff Elaine A. Hruby against Defendant Albertson's Inc. is hereby dismissed with prejudice; (2) the Third

Party Complaint of the Defendant Albertson's, Inc. against Third Party Defendants Bradley Operating Limited Partnership and Heritage Property Investment Trust Inc. is hereby dismissed with prejudice; and (3) each party is to pay its own costs associated with the litigation.

DATED this 8th day of March, 2011.

> BY THE COURT:
>
> s/ Warren K. Urbom
>
> United States Senior District Judge